**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**STAFFING CONCEPTS, INC., et al.,**

    **Movants**

**v.**                                                               **Case No. 8:07-mc-47-T-30TBM**

**NATIONAL EMPLOYEE LEASING**
**COMPANY, et al.,**

    **Respondents.**
_____/

**O R D E R**

THIS CAUSE is before the court on Movants' **Motion to Postpone Hearing on Motion to Compel** (Doc. 13). By their motion, Movants seek an Order postponing or striking the hearing on their Motion to Compel (Doc. 1), which is scheduled for August 9, 2007. As grounds, Movants assert that their Motion to Compel pertains to litigation currently pending in the United States District Court for the Northern District of Illinois, Case No. 06 C 5473, and on July 31, 2007, the United States Court of Appeals for the Seventh Circuit stayed all discovery in that litigation pending an appeal. See (Doc. 13-2 at 2). Movants represent that counsel for Respondents and Intervenors do not object to their request.

Upon consideration, Movants' **Motion to Postpone Hearing on Motion to Compel** (Doc. 13) is GRANTED. The hearing set for August 9, 2007, is CANCELED. As for Movants' Motion to Compel (Doc. 1), it is DENIED without prejudice. Should a ruling on the merits of the Motion to Compel be necessary after the Seventh Circuit has ruled on the

matter and reopened discovery, the Movants may renew the Motion to Compel simply by filing a request to do so.

      **Done and Ordered** in Tampa, Florida, this 7th day of August 2007.

                                        THOMAS B. McCOUN III
                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record