UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STAFFING CONCEPTS, INC., et al.,

    Movants,

v.                                                  CASE NO:  8:07-mc-47-T-30TBM

NATIONAL EMPLOYEE LEASING
COMPANY, el al.,

    Respondents.
_____/

## ORDER OF DISMISSAL

This cause comes before the Court *sua sponte*. A review of the file in this miscellaneous case reveals no docket activity since August 7, 2007. It appears that the issue in this case has been resolved. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 4, 2008.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2007\07-mc-47.dismissal.wpd